# OPINIONS PER CURIAM, ETC., FROM JANUARY 27 TO DECEMBER 21, 1908.

No. 202. SIENA v. RODRÍGUEZ.—Appeal from the District Court of Mayagüez. Motion to dismiss the appeal because not taken within 15 days after delivery of the judgment. Decided January 27, 1908. Motion overruled. *Mr. Vázquez* for the petitioner. *Mr. Biaggi* for adverse party.

No. 232. ACEVEDO v. VÁZQUEZ.—Appeal from the District Court of Mayagüez. Motion to dismiss the appeal because taken more than 15 days after delivery of the judgment. Decided January 27, 1908. Motion overruled. *Mr. Vázquez* for petitioner. *Mr. Biaggi* for adverse party.

No. 65. GARCÍA v. DE LOS ANGELES.—Appeal from the District Court of San Juan. Motion to reconsider a decision rendered in proceedings for the execution of a judgment. Decided February 4, 1908. Motion overruled. *Mr. Bosch* for petitioner. *Mr. Pérez-Morís* for adverse party.

No. 250. GARCÍA v. TORRES.—Appeal from the District Court of Humacao. Motion to dismiss the appeal for non-compliance with section 299 of the Code of Civil Procedure and sections 50 and 54 of the Rules of the Supreme Court. Decided February 17, 1908. Motion allowed. *Messrs. Méndez Vaz* and *Tous Soto* (M.), for petitioners.

No. 21. EX PARTE DÍAZ (a) "MARTILLO."—Application for